**Dismiss; Opinion Filed March 5, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00789-CV

**DORIS A. HOUSTON, Appellant**
**V.**
**CITY OF DALLAS, SELF INSURED, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05515-2017**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Nowell

Appellant's amended brief in this case is overdue. On November 26, 2018, appellant filed a brief that was not in compliance with Texas Rules of Appellate Procedure 38.1. On December 5, 2018, we notified appellant to file an amended brief that complied with Texas Rules of Appellate Procedure 38.1. We subsequently granted appellant's motion for extension of time to file the amended brief and ordered her to file the brief no later than January 17, 2019. In that order, we cautioned appellant that failure to comply would result in dismissal of this appeal. To date, appellant has not filed an amended brief. TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

180789F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DORIS A. HOUSTON, Appellant

No. 05-18-00789-CV      V.

CITY OF DALLAS, SELF INSURED,
Appellee

On Appeal from the 429th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 429-05515-2017.
Opinion delivered by Justice Nowell.
Justices Myers and Osborne participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 5th day of March, 2019.